IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

OCT 20 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

MIJEUL R. BUTLER

Case No. 2:23mj214
Court Date: October 27, 2023

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. E1718968

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 6, 2023, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MIJEUL R. BUTLER, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-266.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
James L. Wray-Miller
Special Assistant U.S. Attorney
Criminal Chief (Norfolk)
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Wray-Miller@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_/s/ James L. Wray-Miller_
James L. Wray-Miller
Special Assistant U.S. Attorney
Criminal Chief (Norfolk)
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Wray-Miller@usdoj.gov

19 October 2023
Date